UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>MIGUEL THOMAS,<br><br>                Defendant. | Case No. CR22-180 JCC<br><br>DETENTION ORDER |

Mr. Thomas is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and § 846, and a forfeiture allegation. The Court, having conducted a detention hearing on October 25, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Thomas stipulated to detention.

3. Mr. Thomas poses a risk of nonappearance due to his history of failures to appear, revocation while on pretrial bond, and current substance use. In addition, the information he provided was unable to be verified.

DETENTION ORDER - 1

4. Mr. Thomas poses a risk of danger due to the nature of the offense and alleged possession of a firearm.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Thomas's appearance at future court hearings while addressing the danger to other persons or the community.

6. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Thomas as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Thomas shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Thomas shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Thomas is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Thomas, to the United States Marshal, and to the United States Pretrial Services Officer.

1  Dated this 25th day of October, 2022.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3